**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHEED SHARIF LOVELESS, SR., | No. C 09-4281 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DEPUTY FITZGERALD FIELDS, | |
| Defendant. / | |

This action is dismissed without prejudice because plaintiff failed to keep the court informed of his current address.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 29, 2010

_____
SUSAN ILLSTON
United States District Judge